# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 11, 2023

Lyle W. Cayce
Clerk

No. 22-60410

Hemco Theodore,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

---

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A074 648 642

---

Before Higginbotham, Graves, and Douglas, *Circuit Judges*.
Per Curiam:[*]

Hemco Theodore is a native and citizen of Haiti. He petitions us to review an immigration judge's ("IJ") negative reasonable fear and adverse credibility findings.

However, we lack jurisdiction. While his challenge was pending, Theodore was removed back to Haiti, thus mooting his petition. *See Mendoza-Flores v. Rosen*, 983 F.3d 845, 847 (5th Cir. 2020). Theodore does

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

not challenge his removal order nor the reinstatement of that order, and we do not find he is likely to suffer any collateral consequences from the IJ's decision. *See id.* at 848; *Molina-Dominguez v. Garland*, No. 21-60644, 2023 U.S. App. LEXIS 3232 (5th Cir. Feb. 9, 2023); *Brenes-Lezama v. Garland*, No. 20-60126, 2021 U.S. App. LEXIS 34244 (5th Cir. Nov. 18, 2021).

Theodore's petition is therefore DISMISSED as moot.